■ In the Matter of LE ROYAL WATTS, Appellant, v PASCHAL C. RUBINO et al., Constituting the Commissioners of the Municipal Civil Service Commission of the City of Buffalo, Respondents. — Judgment unanimously affirmed, without

costs, for reasons stated at Trial Term, Sedita, J. (Appeal from judgment of Supreme Court, Erie County, Sedita, J. — art 78.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Schnepp, JJ.